# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JESSICA M. GRAULAU,

        Plaintiff,

v.                                                                                    Case No:   6:15-cv-446-Orl-18TBS

MID FLORIDA FINANCING, OK
CARZ LLC, AIRPORT CHRYSLER
DODGE JEEP DEALER, EQUIFAX and
TRANS UNION,

        Defendants.

## ORDER

This cause comes for consideration on Plaintiff Jessica M. Granlau's Motions for Leave to Proceed In Forma Pauperis (Docs. 3, 8). The Court referred those motions to United States Magistrate Judge Thomas B. Smith for a report and recommendation. Graulau filed an objection (Doc. 13) to Judge Smith's Report and Recommendation (Doc. 12.)  Having reviewed the Report and Recommendation and Granlau's objection, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 12) is **APPROVED** and **ADOPTED**.

2. Plaintiff's Motions to Proceed In Forma Pauperis (Docs. 3, 8) are **CARRIED**.

3. Defendant OK Carz LLC is **DISMISSED** from this action.

4. Counts 3, 4, and 5 and the portion of Count 6 of the Amended Complaint that relies on section 1681s-2(a), are **DISMISSED**.

5. The Amended Complaint is **DISMISSED** in its entirety. Granlau has twenty-one (21) days from the date of this order to file a second amended complaint. If Granlau chooses

-2-

to file a second amended complaint, she must attach any exhibits she relies on to said pleading.

**DONE** and **ORDERED** in Orlando, Florida on this ___13___ day of May, 2015.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties