UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA M. GRAULAU,

    Plaintiff,

v.                                                                                                  Case No:   6:15-cv-446-Orl-18TBS

MID FLORIDA FINANCING, LLC;
AIRPORT CHRYSLER DODGE JEEP
DEALER, LLC; EQUIFAX, INC.; and
TRANSUNION, INC.,

    Defendants.

## ORDER

This case comes before the Court on pro se Plaintiff Jessica M. Graulau's Motion Seeking Leave to File Out of Date (Doc. 20).

In her motion, Plaintiff requests an extension of time to serve the Related Case Order and Track Two Notice (Doc. 4), on Defendants.   The Related Case Order and Track Two Notice states that "*Plaintiff is responsible for serving a copy of this notice and order with attachments upon each party no later than fourteen days after appearance of the party.*"   (Id., at 2) (Emphasis in original).   No returns of service have been filed, Plaintiff is seeking an extension of time to serve the Defendants, and no Defendants have appeared in the action.   Therefore, it does not appear that an extension is necessary and Plaintiff's motion for an extension of time within to serve the Related Case Order and Track Two Notice is **DENIED**.   Once Plaintiff serves a Defendant, she will have 14 days within to serve the Related Case Order and Track Two Notice.

Plaintiff's motion also seeks an extension of time within to amend her complaint (Doc. 20).   On May 13, 2015, the Court dismissed Plaintiff's complaint with 21 days leave

to amend (Doc. 16). That deadline expires tomorrow. Plaintiff does not say how long an extension she is seeking, or why she needs an extension of time. But, she does say she intends to hire an attorney or get a legal advisor to assist her (Id.). Plaintiff has not shown good cause of an extension of time. Nevertheless, out of an abundance of caution, and because Plaintiff is pro se, the Court **GRANTS** her a 14 day extension of time, until June 17, 2015 within to amend her complaint.

Lastly, Plaintiff requests an extension of time to serve the Defendants (Doc. 20). Federal Rule of Civil Procedure 4(m) provides for dismissal of the complaint without prejudice against any defendant not served within 120 days after the complaint is filed. It has been 78 days since Plaintiff filed this lawsuit (Doc. 1). Because Plaintiff still has 42 days within to serve the Defendants this part of her motion is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on June 2, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copy furnished to Plaintiff, pro se