UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA M. GRAULAU,

    Plaintiff,

v.                                    Case No: 6:15-cv-446-Orl-18TBS

MID FLORIDA FINANCING, OK CARZ
LLC, AIRPORT CHRYSLER DODGE
JEEP DEALER, EQUIFAX and TRANS
UNION,

    Defendants.

_____

## REPORT AND RECOMMENDATION

Pending before the Court are Plaintiff Jessica M. Graulau's two motions for leave to proceed *in forma pauperis*. (Docs. 3, 8) and her motion for a further extension of time to file her second amended complaint (Doc. 22). Upon due consideration I respectfully recommend that the Court terminate all pending motions and direct the Clerk to close the

### I. Background

Plaintiff filed this lawsuit and a motion to proceed *in forma pauperis* on March 17, 2015 (Docs. 1, 3). Her complaint alleged that between October 31, 2012 and November 14, 2013 she entered into three finance agreements with Defendant Airport Chrysler Dodge Jeep Dealer (Doc. 1 at 1). She complained that Defendant Mid Florida Financing stated in her credit report that she was 30, 60 and 120 days late making payments even though she was never more than 30 days late on any of the financing agreements (Id., at 2). Plaintiff contacted Defendants Equifax and Trans Union in an effort to get them to correct the inaccurate information in her credit report but they simply